## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| DEANNA J. ROBINSON | |
| Plaintiff | Case No. 3:17-cv-513-K |
| v. | |
| HUNT COUNTY, TX; | |
| RANDY MEEKS, HUNT COUNTY SHERIFF, in his individual capacity and official capacity; | **JURY TRIAL DEMANDED** |
| JEFFERY HAINES, in his individual capacity and official capacity; | |
| DESTINY TWEEDY, in her individual capacity and official capacity; | |
| JACOB SMITH, in his individual capacity and official capacity; | |
| -and- | |
| JOHN DOES 1-5, in their individual capacities and their official capacities, | |
| Defendants. | |

### SUPPLEMENTAL APPENDIX TO PLAINTIFF DEANNA J. ROBINSON'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Deanna J. Robinson hereby files this Supplemental Appendix to her Motion for a Preliminary Injunction.

### SUPPLEMENTAL APPENDIX CONTENTS

1.  **Declaration of Deanna J. Robinson**…………………………...Supp. App. 1-20

    a.  Exhibit A: Screenshot of Deleted Comments……………Supp. App. 4-5

    b.  Exhibit B: Screenshots of Declarant Visits to HSCO Facebook

        Page……………………………………………………Supp. App. 6-9

     c.   Exhibit C: Facebook.com User Ban Guidelines………….Supp. App. 10-11

     d.   Exhibits D-E: Screenshots of Declarant Visits to Other Facebook

         Pages……………………………………………………Supp. App. 12-20

2.  **Declaration of Patricia Gager**………………………………...Supp. App. 21-25

     a.   Exhibit A: Screenshots of Declarant Visits to HSCO Facebook

         Page……………………………………………….......Supp. App. 23-25

3.  **Facebook Community Standards and Guidelines: Public**

    **Figures**…………………………………………………….....Supp. App. 26-28

4.  **January 27, 2017 Screenshot of Comment Thread to January 18, 2017 Post to**

    **HCSO Facebook Page**………………………………….....Supp. App. 29-36

Dated: May 1, 2017

Respectfully submitted,

/s/ JT Morris

JT Morris
Texas State Bar No. 24094444
JT Morris Law, PLLC
610 Brazos Street, Suite 320
Telephone: (512) 717-5275
Fax: (512) 582-2948
E-mail: jt@jtmorrislaw.com

David D. Davis
Texas State Bar No. 00790568
Law Offices of David D. Davis,
PLLC
P.O. Box 542915
Grand Prairie, Texas 75204
Telephone: (972) 639-3440
Fax: (972) 639-3640
ddd@dddavislaw.net

**ATTORNEYS FOR PLAINTIFF
DEANNA J. ROBINSON**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris

JT Morris

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

DEANNA J. ROBINSON

        Plaintiff

        v.

HUNT COUNTY, TX;

RANDY MEEKS, HUNT COUNTY SHERIFF,
in his individual capacity and official capacity;

JEFFERY HAINES, in his individual capacity
and official capacity;

DESTINY TWEEDY, in her individual capacity
and official capacity;

JACOB SMITH, in his individual capacity and
official capacity;

-and-

JOHN DOES 1-5, in their individual capacities
and their official capacities,

 Defendants.

Case No. 3:17-cv-513-K

---

### <u>DECLARATION OF DEANNA J. ROBINSON</u>

      I, Deanna Jo Robinson, do swear and affirm under the penalty of perjury that the following is true and is based upon my own personal knowledge.

1. I am a former resident of Hunt County, Texas, and now reside in Bell County, Texas.

2. I remain banned from commenting on or liking content on the Hunt County Sheriff's Office (HCSO) Facebook Page, including posts and comments made by fellow citizens.

3. My Facebook username is "Deanna Jo." That was my Facebook username on and well before January 18, 2017, and was the Facebook account I used to post comments criticizing the contents of a post made January 18, 2017 on the HCSO Facebook Page

and criticizing HCSO and their policies. A true and correct screenshot of my comments (attached to my prior declaration as well) are attached as **Exhibit A**. Those comments were deleted and I was banned from the HCSO Facebook Page shortly after posting my comments.

4. True and correct copies of screenshots I took on April 26, 2017 showing that while logged into my Facebook account I am unable to comment on or like content of the HCSO Facebook page are attached as **Exhibit B**.

5. My ban appears consistent with how Facebook.com describes a ban: "When you ban someone from your Page, they'll still be able to share content from your Page to other places on Facebook, but they'll no longer be able to publish to your Page, like or comment on your Page's posts, message your Page or like your Page." A copy of the Facebook.com page containing this explanation is attached as **Exhibit C**.

6. I have frequently checked since January 18, 2017 whether my ability to comment and like on the HCSO Facebook Page has been restored. At no time have those abilities appear to be restored.

7. True and correct copies of screenshots I took on April 26, 2017 showing that I am able to comment on and like content on other community Facebook pages under my Facebook account are attached as **Exhibits D-E**.

8. Before my ban from participating on the HCSO Facebook page, I never "liked" the page, but was able to post comments on the page.

9. It is my honest belief that contacting HCSO regarding their censorship of my speech would have been futile and possibly led to further retaliation from HCSO against my speech, given their prior mistreatment of me (as I testified to in a prior declaration).

10. It is important to me that I and others are able to express positions, including critical ones, regarding HCSO on the HCSO Facebook page, where citizen discussion about HCSO has occurred since the Facebook page was launched.

I declare under the penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on Apr 28 , 2017.

Deanna Jo Robinson

<u>**EXHIBIT A**</u>

**TO DECLARATION OF DEANNA J. ROBINSON**

🔍 Search



Thank you hunt county sheriffs

2 hours ago · Like · Reply



**Stephanie Davenport**
Thank you for your dedication and service.

2 hours ago · Like · Reply



**Deanna Jo**
Degrading or insulting police officers is not illegal, and in fact has been ruled time and time again, by multiple US courts, as protected First Amendment speech.

Just because you consider a comment to be "inappropriate" doesn't give you the legal right to delete it and/or to ban a private citizen from commenting on this TAX PAYER funded social media site.

No police officer was "murdered" yesterday.

Imagine how wonderful it would have been if the private citizen hadn't been confronted on private property and a stand off hadn't been created unnecessarily .....the terrorist pig with a shiny badge would still be alive today. Just imagine.....

HCSO is a bunch of idiots, led by the biggest idiot in the entire county - if your moderators delete comments or ban people, you're just setting yourselves up perfectly for a First Amendment rights violation law suit. Thank you for your understanding.

Just now · Like · Reply

Write a comment...    🙂    Post

             ③    

# EXHIBIT B

## TO DECLARATION OF DEANNA J. ROBINSON



Search

 Hunt County Sheriffs Office


Share


Save

Police Station • Greenville, Texas

**Home**   About   Photos   Videos   Posts   Communit

## Featured For You

Like this Page to stay up to date   ✕

Have question


THAT LOOK YOU'VE GOT


WHAT W



Search

## Home   About   Photos   Videos   Posts   Communit

Community

👍 8,350 people like this

📶 8,410 people follow this

👥 **Kory Watkins**, **Holly Whitney** and 27 other friends like this or have visited

      

See All ☐

Photos by Hunt County Sheriffs Office

   

See All ☐

Videos



    2

Q Search

 **Hunt County Sheriffs Office**
Friday at 2:31 PM ·

Hunt County Sheriffs Office is getting ready for the County Fair.  Be sure to drop by any night of the Fair between 5 pm and 10 pm to meet some of our folks.







4 Shares

 Share

## EXHIBIT C

## TO DECLARATION OF DEANNA J. ROBINSON

Help Center

Hi JI, how can we help?

Return to Facebook

# How do I ban or unban someone from my Page?

Desktop Help    Feature Phone Help    Other Help Centers

Share Article

Creating an Account
Friending
Your Home Page
Messaging
Photos
Videos
**Pages**

› Like and Interact with Pages
› Create and Manage a Page
› Name, Usernames and
  Verification
› Page Roles
› Customization
› Publishing
› Messaging
› Insights
| **Banning and Moderation**
› Facebook Bluetooth®
  Beacon
› Fix a Problem

Groups
Events
Apps and Games
Facebook Mobile and Desktop
Apps
Accessibility

We recommend banning people who continually publish spam on your Page. You can choose to unban them at any time. When you ban someone from your Page, they'll still be able to share content from your Page to other places on Facebook, but they'll no longer be able to publish to your Page, like or comment on your Page's posts, message your Page or like your Page.

You may also remove someone who likes your Page. When you remove someone from your Page, they'll no longer like it. This is a good option for people you don't want following your Page's posts in their News Feeds or the News Feeds of their friends. However, Pages are public spaces and people you've removed can choose to like your Page again.

## Ban Someone

There are several ways to ban a person or another Page from your Page.

From the people who like your Page:

1   Click **Settings** at the top of your Page

2   Click **People and Other Pages** in the left column

3   Search for the person or click to check the box next to the name of the person you want to ban

4   Click | ⚙ | and select **Ban From Page**

5   Click **Confirm**

From a comment on a Page post:

1   Hover over a comment by the person or Page you want to ban and click ⌄

2   Click **Hide Comment**

3   Click **Ban [Name]**

From a message to your Page:

1   Click **Messages** at the top of your Page

2   Click the message on the left from the person you want to ban

3   Click **Actions** ⌄ at the top and select **Ban From Page**

4   Click **OK**

From a post on your Page or a post your Page has been mentioned in:

1   Click **VISITOR POSTS** on the right side of your Page

2   Click ⌄ in the top right of the post by the person or Page you want to ban

3   Select **Ban From Page** and click **Confirm**

## Unban Someone

To unban someone from your Page:

1   Click **Settings** at the top of your Page

2   Click **People and Other Pages** in the left column

3   Click **People Who Like This Page** ⌄ and select **Banned People and Pages**

4   Click to check the box next to the name of the person you want to unban

5   Click | ⚙ | and select **Unban From Page**

6   Click **Confirm**

Was this information helpful?
○ Yes  ○ No

### Related Articles

How do I view the people banned from my Page?

How do I delete my Page?

How do I add or edit an address on my Page?

How do I manage roles for my Page?

How do I change the username for my Page?

Facebook © 2017

English (US)

About
Privacy
Careers

Ad Choices
Create Ad
Create Page

Terms & Policies
Cookies

SUPP. APP. 11

# EXHIBIT D

## TO DECLARATION OF DEANNA J. ROBINSON

Hunt County Scanner





# Hunt County Scanner

@HuntCountyScanner

**Send Message**

 Like   Follow   Share   Save

Media/News Company • Greenville, Texas

4.8 ★★★★★ Always Open

**Home**  Posts  Photos  About  Videos  Communit

 Write something on the Page

🔍 Hunt County Scanner

| **Home** | Posts | Photos | About | Videos | Communit |

Reviews - 4.8 of 5

 **2★** No more information than anyone with a scanner would get-a lot of information between fire,law,and end is not communicated over the radios.A lot of ac...
7 months ago

 **5★** Your site helped me find my son when he had been in a head on collision and was care flighted. I would not have even known where to start because...
2 months ago

 **5★** My husband and I relocated from deep east TX for a job opportunity at a local Marina and am currently iso a rental or to buy a moderate priced ho...
1 month ago

## Tell people what you think

     ★ ★ ★ ★ ★

Select Rating

See All

 **Hunt County Scanner**
1 min · 🌐

Campbell Fire Department, Cash Rescue, HCEMS -
I-30 westbound at the 101 exit, MVC.  21:48 A4

    3

 Hunt County Scanner

Home   Posts   Photos   About   Videos   Communit

 **Hunt County Scanner** shared **WFAA-TV**'s post.
9 hrs · 🌐

 **WFAA-TV**                                    
9 hrs · 🌐

UPDATE: Hunt County District Attorney Noble Walker is now under criminal investigation for his involvement in the death of a crossing guard.



Hunt County DA admits involvement in fatal school crossing guard accident

⚡ WFAA-TV

 Alexis Campbell and 188 others          127 Comments

👍 Like          💬 Comment          ➤ Share

# EXHIBIT E

## TO DECLARATION OF DEANNA J. ROBINSON

🔍 Herald-Banner



 Herald-Banner
@HeraldBanner

**Call Now** | **Message**

👍 Like | 🔊 Follow | ➡️ Share | 🔖 Save

Newspaper • Greenville, Texas

4.2 ★★★★☆ Closes in 50 minutes

**Home**    About    Photos    Reviews    Videos    Posts

 Write something on the Page



‹   🔍 Herald-Banner                                   •••

**Home**   About   Photos   Reviews   Videos   Posts

Write something on the Page

Share Photo          |          See Visitor Posts

Featured For You



Have questions? Call **Herald-Ban...**   ✕

(903) 455-4220              Call Now
Open 8:00AM - 5:00PM



See the most

★ ★ ★
LOVED I'
my Daugh
and Their
Girls Love



Conn
about

About

   Send Message



         

SUPP. APP. 18



Home    About    Photos    Reviews    Videos    Posts

Reviews - 4.2 of 5

 **1★** They do sloppy reporting without getting facts first they will publish an article followed by a hundred updates

7 months ago

 **1★** What is the point of having a fb page for people to read if you make it to where no one can read but four posts a month for free? The paper isn't worth...

4 months ago

 **1★** I am cancelling the paper as of today. It was bad enough that the editorials were extremely biased during the election, but the final straw is the editori...

4 months ago

## Tell people what you think

★ ★ ★ ★ ★

Select Rating

See All



Videos





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Dallas Division

DEANNA J. ROBINSON

    Plaintiff

        v.

HUNT COUNTY, TX;

RANDY MEEKS, HUNT COUNTY SHERIFF, in his individual capacity and official capacity;

JEFFERY HAINES, in his individual capacity and official capacity;

DESTINY TWEEDY, in her individual capacity and official capacity;

JACOB SMITH, in his individual capacity and official capacity;

-and-

JOHN DOES 1-5, in their individual capacities and their official capacities,

Defendants.

Case No. 3:17-cv-513-K

## DECLARATION OF PATRICIA GAGER

I, Patricia Gager, do swear and affirm under the penalty of perjury that the following is true and is based upon my own personal knowledge.

1. I am over the age of 18 years and fully competent to testify to the following matters based upon my own personal knowledge.

2. I remain blocked from commenting on or liking posts or other comments on the Hunt County Sheriff's Office (HCSO) Facebook Page.

3. True and correct copies of screenshots I took on April 27, 2017 showing that while logged into my Facebook account I am unable to comment on or like content of the HCSO Facebook page are attached as Exhibit A.

4. I observed recently a number of comments to a recent post on the HCSO regarding the missing person investigation of my sister, Carey Parker.

5. As I testified in a prior declaration, I was banned from commenting on the HCSO comment criticized the Hunt County Sheriff's Office and Sheriff Randy Meeks for their handling of the missing person investigation of my sister.

I declare under the penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on 4/28 , 2017.

Patricia Gager

# EXHIBIT A

## TO DECLARATION OF PATRICIA GAGER





# Hunt County Sheriffs Office

Share    Save

Police Station in Greenville, Texas

HOME    ABOUT    PHOTOS    VIDEOS    POSTS

## Featured For You



Have questions? Call **Hunt Count...**    ✕



Like this F

  

← Q Hunt County Sheriffs Office ⋯

**HOME**    ABOUT    PHOTOS    VIDEOS    POSTS

 **Hunt County Sheriffs Office**
Apr 21 at 5:49pm · ⚙

Lots of changes to this years HCSO booth at the County Fair.  Huge thanks to Theresa Duckworth and Sharon Arce for putting together the final set up. Hope to see y'all there.



 20                                      1 Comment 2 Shares

➤ **Share**



Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please keep in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.



Read a letter from our team

## Helping to Keep you Safe

Back to top ▲



**Attacks on Public Figures: What protection public figures receive on Facebook.**

We permit open and critical discussion of people who are featured in the news or have a large public audience based on their profession or chosen activities. We remove credible threats to public figures, as well as hate speech directed at them – just as we do for private individuals.

Next section

Overview

Direct Threats

Self-Injury

Dangerous Organizations

Bullying and Harassment

**Attacks on Public Figures**

Criminal Activity

Sexual Violence and Exploitation

Regulated Goods

## Encouraging respectful behavior

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs

Overview

Nudity

Hate Speech

Violence and Graphic Content

SUPP. APP. 26

safety, and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

Next section

## Keeping your account and personal information secure

Back to top ▲



We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more about how we work to keep your information safe.

Overview

Using Your Authentic Identity

Fraud and Spam

Accounts of Friends or Family Who Have Passed Away

Next section

## Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please be sure you have the right to do so. We ask that you respect copyrights, trademarks, and other legal rights. Learn more about intellectual property rights.

## Reporting Abuse

Our global community is growing every day and we strive to welcome people to an environment free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws, but does not violate our Community Standards. If after careful legal review, we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please keep the following in mind:

- We may take action any time something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g., is it nudity or hate speech) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific

Reporting Abuse

Controlling What You See

Communication Tools

SUPP. APP. 27

posts or after seeing new, violating content appearing on a Page or Facebook Profile.

- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.

violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customize and control what you see by unfollowing, blocking, and hiding the posts, people, Pages, and applications you don't want to see – and we encourage you to use these controls to better personalize your experience. Learn more. People also often resolve issues they have about a piece of content by simply reaching out to the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos, or other content you see on Facebook.

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices ▷   Terms   Help

Facebook © 2017
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語   +

Captured by FireShot Pro [29-04-2017, 10:21:03]



👍 Like    💬 Comment    ➤ Share

😀❤️😆 39

1 share

Write a comment...    😊

---

**Hunt County Sheriffs Office**
January 18 at 1:57pm · ☀

We find it suspicious that the day after a North Texas Police Officer is murdered we have received several anti police calls in the office as well as people trying to degrade or insult police officers on this page. ANY post filled with foul language, hate speech of all types and comments that are considered inappropriate will be removed and the user banned. There are a lot of families on this page and it is for everyone and therefore we monitor it extremely closely. Thank you for your understanding.

👍 Like    💬 Comment    ➤ Share

👍😢😠 315                                    Chronological ▾

57 shares

**Amber Duncan** Thank you! Some people will never learn !
Like · Reply · 💿 2 · January 18 at 2:00pm

**Stephanie Samples Collinsworth** Amazing how more and more disrespectful people are becoming with time. So glad I was taught to respect people. It's truly sad when an officer is shot down... He will be missed by family, friends and family in blue. 😢
Like · Reply · 💿 3 · January 18 at 2:04pm

**Retha Bloyed Guajardo** The things they say don't make the police look bad, only themselves. Thank you each and every one for what you do.
Like · Reply · 💿 2 · January 18 at 2:06pm

**Patricia B Floyd** Shame on people like this, never will have a heart, prayers for Little Elm.
Like · Reply · 💿 1 · January 18 at 2:15pm

**Jerry Uitermarkt** How sad anyone using this or any other page to down grade a police officer, or EMT or firemen they are here to protect us.
Like · Reply · 💿 3 · January 18 at 2:17pm

**Becky Self Raper** in that you have to look at who raised them
Like · Reply · 💿 2 · January 18 at 2:20pm

**Renee Brennan** Thank you for all you do... Y'all are very much appreciated by the majority of people !!
Like · Reply · 💿 1 · January 18 at 2:20pm

**Ronna Torres** You all are very appreciated
Like · Reply · 💿 1 · January 18 at 2:22pm

**Joyce Brafman** Thank you for your service. Be safe out there.
Like · Reply · 💿 1 · January 18 at 2:23pm

**Joel Kay** In the famous words of Forrest Gump "Stupid is as Stupid does" some people shouldn't be allowed to have phones or computers. God be with each and every one of you, thanks for what you do.
Like · Reply · January 18 at 2:25pm · Edited

**Jessica Herring** Thank u all for ur services....
Like · Reply · 💿 1 · January 18 at 2:29pm

**Scott Mobley** This is what happens when people grow up with no consequences. They feel as though they can get away with whatever they want to because nobody has ever put them in their place. Kill one of our lawmen, we will kill you back!
Like · Reply · 💿 3 · January 18 at 2:29pm

SUPP. APP. 29

**Maggie la Rue** Y'all are appreciated. Thank you for your service

Like · Reply · 🔵 1 · January 18 at 2:31pm

Lisa Isaacs Hooten What is wrong with people? Thank you all for protecting and serving our community.

Like · Reply · 🔵 1 · January 18 at 2:33pm

Rebecca Delgado Ur all so appreciated n God Bless U all❤️

Like · Reply · 🔵 1 · January 18 at 2:33pm

Allyene Shoemaker Thank you for your service god bless

Like · Reply · 🔵 1 · January 18 at 2:34pm

Scott Hedrick Stay blessed, stay safe! Thank you!

Like · Reply · 🔵 2 · January 18 at 2:41pm

Gerald Rex Stark Thank you HCSO

Like · Reply · 🔵 1 · January 18 at 2:47pm

Sharon Hunter Pray for our enemies.

Like · Reply · 🔵 1 · January 18 at 2:53pm

Cheryl Van Voast Copeland Its sad people want to be disrespectful to our men and women in blue I will be praying for all of yall . And I want to thank all of y'all for ur sevice

Like · Reply · 🔵 1 · January 18 at 3:02pm · Edited

Write a reply...                                                    ☺

Rolanda Arrington Sorry for the loss of a fellow officer 👮
Thank you and all the other men and women who protect us.

Like · Reply · 🔵 1 · January 18 at 3:09pm

Lana Haney Elliott God Bless all the police officers 🙏🙏💙💙

Like · Reply · 🔵 1 · January 18 at 3:10pm

Lana Haney Elliott This is so sad !! Praying everyday for all of you and your family's . Rip Officer Walker 💜

Like · Reply · 🔵 1 · January 18 at 3:11pm

Frances Diane Milner Be safe out there! #backtheblue

Like · Reply · 🔵 1 · January 18 at 3:17pm

William N Debora Dykes Total boneheaded people that do that...

Like · Reply · 🔵 2 · January 18 at 3:28pm

Tammy Tanner Thank you officers for keeping us safe. Thanks for your service.

Like · Reply · 🔵 1 · January 18 at 3:36pm

Quinn Moore I would like to see the ones doing the insulting trying being a police officer. Without the Police our nation would descend in to chaos. This is one citizen that backs the blue!

Like · Reply · 🔵 4 · January 18 at 3:59pm

Marzetta Poteet Clements Prayers for all our men and women in blue thank you for putting your life in the line

Like · Reply · 🔵 1 · January 18 at 4:00pm

Kaylyn Dodson People have lost their damn minds.

Like · Reply · 🔵 1 · January 18 at 4:09pm

Roy Reed We pray for all law enforcement everyday. We appreciate you all very much.

Like · Reply · 🔵 2 · January 18 at 4:13pm

Diana Cross 💙💙👮👮💙

Like · Reply · 🔵 2 · January 18 at 4:19pm

Rhonda Eller Carpenter God Bless all of our Police and EMT

Like · Reply · 🔵 2 · January 18 at 4:25pm

Joe Auderer Thank you for all you do HCSO!

Like · Reply · 🔵 2 · January 18 at 4:28pm

Ashlie Wade-Rusch Thank you for all you do! 💙#backtheblue

Like · Reply · 🔵 2 · January 18 at 4:48pm

Jerry Christeson Thanks Hunt County Sheriff's [ B.T.B

Like · Reply · 🔵 2 · January 18 at 5:23pm

SUPP. APP. 30

Meredith Pleasants SO WRONG!

Like · Reply · 🔵 2 · January 18 at 5:30pm

 **Charlene Eller** I have the ultimate respect for your service. Thank you for all you do.
Like · Reply · 1 · January 18 at 5:38pm

 **Sherilyn Wood Matthews** There are so many idiot's and hateful, hurtful people in this world. The one's who don't respect our defenders, protectors and rescuers, don't respect anyone. How and why do people get filled with so much hate ? I commend anyone who leaves the comfort of their home and family to protect us and tries to make the world a safer, better place. Thank you and may God bless and watch over all of you .
Like · Reply · 2 · January 18 at 5:40pm

 **Gwen Parker Snyder** Love all of you. Thank you for your love, support, and keeping us safe.
Like · Reply · 1 · January 18 at 6:08pm

 **Katrina Mitchell** You all have my support and I appreciate every officer! !
Like · Reply · 1 · January 18 at 6:13pm

 **Delores Dial** Thank you for your service, be safe.
Like · Reply · 1 · January 18 at 6:23pm

**Evelyn Cameron Ponsler** All this police attacking needs to come to a screeching halt. Death penalty for killing an officer & fined or arrested for threats.
Like · Reply · 4 · January 18 at 6:39pm

 **Sandy Shreves** Support police my daughter is one in sherman
Like · Reply · 2 · January 18 at 6:41pm

 **Sandy Shreves** She is fair and balanced if she is disrespected she will step up
Like · Reply · January 19 at 1:06pm

 **Sandy Shreves** I mean DEFEND herself
Like · Reply · January 19 at 2:19pm

 **Sandy Shreves** Behave yourself and you won't have to worry about it
Like · Reply · January 19 at 2:20pm

 **Diz Cee Dot** Desrespecting a police officer isnt against the law...
Like · Reply · January 21 at 3:31pm

 Write a reply...

 **Sandra Haseloff** Prayers
Like · Reply · 1 · January 18 at 6:47pm

 **Sherran Strong Beckmann** What a disgrace. Respect our Blue!
Like · Reply · 2 · January 18 at 7:01pm

 Write a reply...

 **Alicia Murley** so sad
Like · Reply · 3 · January 18 at 7:03pm

 **Linda Wolfe** Thank you all for your service
Like · Reply · 2 · January 18 at 7:06pm

 **Laurie Fain** I am so sick of this blind hatred. Sick of our true heros being so beaten down from the media and the very same people who spew nothing but hate towards police call them when they feel wronged. Of course there are bad officers, because there are people... See More
Like · Reply · 2 · January 18 at 7:07pm

⌃ Hide 12 Replies

 **Laurie Fain** You're sick of what the media tells you about. I don't blindly worship. I give credit where credit is due and don't give blinding hate. As I clearly stated, there are bad ones. Blindly following anything is sheepishly following whatever it is they stan... See More
Like · Reply · January 19 at 8:21am

 **Laurie Fain** That's absolutely ridiculous, Scott. That is the equivalent of saying all members of a family are bad from granddad to third cousin. Like saying all native Americans, all of France etc. You cannot judge the whole from the few
Like · Reply · January 19 at 1:43pm

SUPP. APP. 31

 **Laurie Fain** John M. DeBellotte. I'd love to get your take on this.

Like · Reply · January 19 at 1:44pm

**John M. DeBellotte** I hear you, and thanks for the sentiment. I think that any LEO who says they are (with the exception of one who actually just did something heroic that wasn't part of their job) or who says something along the lines of being a LEO is a calling etc are approaching the job from a place that will lead to heartache & resentment.

Are there bad LEO's? Sure there are but their are way more ignorant LEO's than bad ones. No one can know every law and sometimes people can't separate their ego from the job but there is no training for that in the academy it falls on the departments hiring process and because of civil service rules it's hard to really pick & choose who you want on your department.

I've asked other LEO's things like how many articles are there in the constitution and they don't know, but on the flip side citizens that swear they "know their rights" can't answer that question either...

From my perspective the entire system needs an overhaul but like most things people are afraid of change. Many badges fear that they may not be good at their jobs anymore if they have to do it a different way. The same thing happened after Miranda v. Arizona which changed the way police work had to be done.

However just like the above mentioned case, changes are made through the system, hounding LEO's will get people no where & it's dangerous. If the people crying out for change were educated and serious they'd be hounding their Congress people. We literally just had the opportunity to elect almost a completely new legislature & all these "activist" let that golden opportunity pass without forcing promises of change out of these people trying to get elected... SMH

If people are too lazy to get out of the house for an hour a week and sit in their representatives office demanding something be done then to paraphrase Thomas Jefferson, in a democracy the people always get the government they deserve...

Like · Reply · ⭕ 1 · January 19 at 2:09pm

**Laurie Fain** As always , thank you John N Debellotte. Much more eloquently said than I could or have time to say.
No one has to argue all the time, John and I have agreed and disagreed over several topics, but I will always keep an open mind to a different perspective, just not to people who bring nothing to the table.

Like · Reply · January 19 at 2:20pm

**Laurie Fain** Scott Marshall, editing your comment to argue your point is kinda silly. You're not entirely comprehending sine of the things I posted. Which is fine, if I had more time to go point to point I'd gladly do so. So I'll just leave it at this, and say thank you for your point of view, even if I disagree.

Like · Reply · January 19 at 2:38pm

**Edward Riggans** The hatred for the police is not "blind", it's actually well earned. When you have a group of who's job by definition is immoral, the idea that "there are good ones" is at best laughable.

To violently impose your will on another human being is wrong.... See More

Like · Reply · January 20 at 4:00pm

**Laurie Fain** Edward, I appreciate your point of view and like the others that were banned, I disagree with the majority of your opinion. Thank you for your feedback, I quite simply am done. I made my statements, same as you, and I stand by what I've posted.
Thank you.

Like · Reply · January 20 at 5:37pm

**John M. DeBellotte** I love the idea that one person's opinion, which is exactly what morality is somehow defines humanity. Morality isn't universal, hell it isn't even natural. Babies aren't born with morality yet anyone who has ever had a child knows that they bite, hit,... See More

Like · Reply · ⭕ 1 · January 20 at 5:50pm

**Diz Cee Dot** Heroes???

Like · Reply · January 21 at 3:28pm

SUPP. APP. 32

**Diz Cee Dot**



Like · Reply · January 21 at 3:28pm

**Diz Cee Dot**

Like · Reply · January 21 at 3:29pm

Write a reply...

**Becky Ann Pope** 🐾Back the Blue 🐻💙💙
Like · Reply · 🔵 3 · January 18 at 7:25pm

> **Becky Ann Pope** Revley Bair Most definitely!!!! My daughter is an
> EMT! MY father is retired 20 years from Dallas PD. BUT today we are
> thinking of Det. Walker, so do not be offended. All those that protect &
> serve (don't forget military) are honorable & appreciated & loved.
> Like · Reply · 🔵 1 · January 19 at 11:40am

> **Becky Ann Pope** Scott Marshall Because not everyone will run
> towards gunfire or into a fire.
> Like · Reply · 🔵 1 · January 19 at 11:41am

Write a reply...

**Johnnie Sue Hall** Definitely
Back the Blue 💙
Like · Reply · 🔵 2 · January 18 at 7:28pm

**Mary Adams Childers** Sick people out there.
Like · Reply · 🔵 2 · January 18 at 7:56pm

Write a reply...

**Pat Blackwell Windham** Hope they have a name list for these people so when
they need help--- 😄
Like · Reply · 🔵 3 · January 18 at 8:09pm

↳ 1 Reply

**Cindy Scott** Prayers! We support law enforcement!
Like · Reply · 🔵 2 · January 18 at 8:23pm

**Janna Mays** Before you ban them, I would check them out.
Like · Reply · 🔵 2 · January 18 at 8:25pm

> **Janna Mays** If they are on Facebook, then anyone can check them out
> Like · Reply · 🔵 1 · January 19 at 2:04pm

> **Janna Mays** I do it and you do too...so anyone, even officers can do it.
> Don't want to be checked out, get off of social media.
> Like · Reply · 🔵 1 · January 19 at 2:06pm

> **Tiirina McConnell** Wow. America is no longer free. Please check me
> out. SMH
> Like · Reply · 🔵 5 · January 20 at 4:38pm

> **Diz Cee Dot** 😂😂😂 you can make everything private... did you
> know that???
> Like · Reply · 🔵 1 · January 21 at 3:27pm

Write a reply...

**Kendall Melton** Thank you hunt county sheriffs
Like · Reply · 🔵 2 · January 18 at 8:38pm

**Stephanie Davenport** Thank you for your dedication and service.
Like · Reply · 🔵 1 · January 18 at 8:46pm

**Brenda Petrea** Thank you
Like · Reply · 🔵 2 · January 19 at 1:28am

SUPP. APP. 33

**Rocky Bridges** Amen!

Like · Reply · ⊙ 2 · January 19 at 5:07am



**Terry Bearden** Thanks to all our guys in blue who work so hard to protect the public each day..WE GOT YOUR SIX!

Like · Reply · ⊙ 2 · January 19 at 7:36am

> **Diz Cee Dot** Stop lying... shots fired and you running the other way
>
> Like · Reply · January 21 at 3:26pm
>
> **Diz Cee Dot**
>
> Like · Reply · January 21 at 3:26pm
>
> **Diz Cee Dot**
>
> Like · Reply · January 21 at 3:26pm
>
> **Terry Bearden** I worked right beside police officers fighting with ignorant people like you that have no respect for the law. I worked in an organization for 20 years raising money to support our officers providing them with things their department would not buy for... See More
>
> Like · Reply · January 21 at 5:25pm
>
> Write a reply...                                          ☺

**Denny Robertson** I understand completely!!!! It boils down to one thing .... RESPECT!... Just a little something that has been not taught to the majority of kids since 19when.... therefore young adults and older as well. Ultimately it is the parents job, however the ... See More

Like · Reply · ⊙ 2 · January 19 at 7:55am · Edited

> **Daniel D Brown** What do you expect. We lock parents up and or take thier children away when they try to punish them! And then thier thrown out into the real world were talking back gets you beat. And possibly killed!
>
> Like · Reply · January 20 at 3:03pm
>
> Write a reply...                                          ☺

**Marna Martinez** So glad this site is monitored. Tells you who and where the haters are, their profiles, their habits and gives you legal documentation of those with an attitude to cause problems. Freedom of speech is everyone's right, it's the way it's presented whic... See More

Like · Reply · ⊙ 1 · January 19 at 9:03am

> **Marna Martinez** Yep I'm sure it's true since this is a lawsuit filing happy bunch of irresponsible people. But most courts are now throwing out lawsuits which are frivolous and a waste of time.
>
> Like · Reply · ⊙ 1 · January 19 at 12:11pm
>
> **Zac Miller** Marna Martinez The first amendment is hardly frivolous or a waste of time.
>
> Like · Reply · ⊙ 5 · January 19 at 1:05pm
>
> **Marna Martinez** I totally agree but its how people use it to belittle, ridicule and try to destroy that is a misuse of our freedom. I'm sure if it were something you believed in you would also disagree on how it's used. May GOD bless you and yours.
>
> Like · Reply · ⊙ 1 · January 19 at 2:18pm
>
> **Marna Martinez** Loi Freeman....Freedom of speech.
>
> Like · Reply · ⊙ 1 · January 20 at 11:21am
>
> **Tiirina McConnell** You are scary. So people who do not feel police officers are wonderful should be monitored. That is just wrong.
>
> Like · Reply · ⊙ 3 · January 20 at 4:40pm
>
> **Diz Cee Dot** I guess we should just hand out papers over too huh...
>
> Like · Reply · January 21 at 3:25pm

SUPP. APP. 34



Write a reply...

**Charity N David Lowrey** Thank you for all that y'all do!
Like · Reply · 1 · January 19 at 9:56am

**Dawn Webster** Yes. Rude and hateful disrespectful people. Thank you
Like · Reply · 1 · January 19 at 12:37pm

Write a reply...

**Amanda Oxford** Be safe love y'all
Like · Reply · 2 · January 19 at 5:42pm

**Correne Wasilew Oxford** Be safe
Like · Reply · 1 · January 19 at 6:18pm

**Marco Coelho** Stay safe and thank you for your service!
Like · Reply · 1 · January 19 at 7:12pm

**Chrissandria Beltran** Back our Blue
Like · Reply · 1 · January 19 at 11:42pm

**Dean Link** People need a safe place they can take refuge in. No hate speech!!
Like · Reply · January 20 at 12:19pm

> **Alex Berryman** Sorry about your safe space snowflake
> Like · Reply · 3 · January 20 at 5:34pm

> **Dean Link** Alex Berryman why are you sorry about my safe space my space is the safest?
> Like · Reply · January 20 at 6:26pm

Write a reply...

**Robert Lee Johnson** Impressive....the first sign of a corrupt institution is the sensoring of free speech,right or wrong these people have a right to voice their opinions.
Like · Reply · 13 · January 20 at 1:01pm

**Chris Buchanan** Free speech, like the freedom to assemble, is a right for public places. A Facebook page is not a public place, it is a private place open to the public on a limited basis, that basis being the rules of Facebook first, and the rules and intent of the moderators of the page being used.
Like · Reply · 2 · January 20 at 1:20pm

> **Mitch McKenzie** Unless that moderator is an agent of the government then the comments posted become public records. Ask the San Diego or Honolulu police departments who played the same silly game and got slapped in court. You want to run a propaganda machine, you picked the wrong country and constitution.
> Like · Reply · 16 · January 20 at 1:29pm

> **Alex Berryman** Boom!
> Like · Reply · 2 · January 20 at 5:34pm

> **Chris Buchanan** Yes, but we weren't discussing the Freedom of Information Act, we were discussing freedom of speech. If the Facebook Page is an official page for a government agency, then all postings and emails are subject to the FOIA. I'd like to read the court case... See More
> Like · Reply · January 20 at 6:13pm

> **Dominick Grant** http://www.hawaiifreepress.com/.../HPD-Ordered-to-Pay-31K...
>
> > ### HPD Ordered to Pay $31K over Censored Facebook Comments > Hawaii Free Press
> > ...plaintiffs sued alleging First Amendment violations after the HPD allegedly removed Second Amendment activists' Facebook comments from an HPD Faceb...
> > HAWAIIFREEPRESS.COM | BY HAWAII FREE PRESS
>
> Like · Reply · January 24 at 3:14am

Write a reply...                                                      SUPP. APP. 35

**Isaiah Floberg** I find it suspicious that the motto is protect and serve when



Isaiah Floberg I find it suspicious that the motto is protect and serve when really they ticket and imprison.

Like · Reply · 🔵 7 · January 20 at 10:28pm

Adam Hansen cops find everything "suspicious"

Like · Reply · 🔵 8 · January 20 at 11:19pm

David Madrid "suspicious" is their every day word !

Like · Reply · 🔵 6 · January 21 at 1:36am

Tracey Baird Allen So sad...way too much hate in the world today!! Thank you so much Hunt County for all your hard work and dedication!!!

Like · Reply · 🔵 3 · January 21 at 7:55am

Write a comment...

Captured by FireShot Pro [27-01-2017, 14:27:37]