IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEANNA J. ROBINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 3:17-CV-0513-K |
| | § | |
| HUNT COUNTY TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed Objections on December 28, 2017 (Doc. No. 38); Defendants' filed a Response to Plaintiff's Objections on January 24, 2018 (Doc. No. 42); and Plaintiff filed a Reply to Defendants' Response to Plaintiff's Objections, on February 9, 2018 (Doc. No. 46).

The District Court has reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Objections to the findings, conclusions, and a recommendation are **OVERRULED**.

IT IS THEREFORE ORDERED that Plaintiff's for Preliminary Injunction, filed on March 2, 2017 (Doc. No. 6), is hereby **DENIED.**

SO ORDERED.

Signed February 13th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE