IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEANNA J. ROBINSON | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:17-cv-513-K |
| vs. | § | |
| | § | |
| HUNT COUNTY, TX, RANDY MEEKS | § | |
| HUNT COUNTY SHERIFF, in his | § | |
| individual and official capacity, and | § | |
| JOHN DOES 1-10, in their individual and | § | |
| official capacities. | § | |
| | § | |
| Defendants | § | |

## JOINT NOTICE OF SETTLEMENT AND MOTION REGARDING MEDIATION

COME NOW, Plaintiff and Defendants (collectively the "Parties") and notify the Court that the Parties have reached a settlement in this matter. The Parties are working on the settlement documents and intend to file dismissal documents in the near future. In light of this settlement, the Parties respectfully request that the mediation scheduled for November 20, 2019, before Magistrate Judge Rutherford be formally cancelled by the Court.

Respectfully submitted,

/s/ JT Morris
**JT MORRIS**
Texas State Bar No. 24094444
**JT Morris Law, PLLC**
1105 Nueces St., Suite B
Austin, Texas 78132
Telephone: (512) 717-5275
Fax: (512) 582-2948
E-mail: jt@jtmorrislaw.com

David D. Davis

**Joint Notice of Settlement and Motion Regarding Mediation**
642398/28525

Texas State Bar No. 00790568
Law Offices of David D. Davis, PLLC
P.O. Box 542915
Grand Prairie, Texas 75204
Telephone: (972) 639-3440
Fax: (972) 639-3640
ddd@dddavislaw.net

**ATTORNEYS FOR PLAINTIFF DEANNA J. ROBINSON**


 /s/ Francisco J. Valenzuela
**THOMAS P. BRANDT**
State Bar No. 02883500
tbrandt@fhmbk.com
**FRANCISCO J. VALENZUELA**
State Bar No. 24056464
fvalenzuela@fhmbk.com
**FANNING HARPER MARTINSON BRANDT & KUTCHIN, P.C.**
Two Energy Square
4849 Greenville Ave. Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANTS HUNT COUNTY, TEXAS, AND SHERIFF RANDY MEEKS**


### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served to all parties of record in compliance with Rule 5 of the Federal Rules of Civil Procedure, on the 18th day of November, 2019.

 /s/ Francisco J. Valenzuela
**FRANCISCO J. VALENZUELA**


**Joint Notice of Settlement and Motion Regarding Mediation**
642398/28525