**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEANNA J. ROBINSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:17-cv-513-K-BT** |
| | § | |
| **HUNT COUNTY, TEXAS,** | § | |
| | § | |
| **Defendant.** | § | |

**AGREED MOTION FOR THE DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Plaintiff Deanna J. Robinson ("Plaintiff") and Defendant Hunt County, Texas ("Defendant"), move the Court to dismiss the above-captioned cause with prejudice. As grounds for this Agreed Motion, Plaintiff and Defendant show the Court the following:

1. Plaintiff and Defendant have settled all claims relating to this cause of action.

2. Defendant has agreed to pay certain attorney's fees to Plaintiff. Plaintiff agrees that she will not seek additional attorney's fees or costs in this matter.

3. Plaintiff and Defendant agree that Defendant shall bear its own fees and costs.

ACCORDINGLY, Plaintiff and Defendant move the Court for an Order dismissing all claims with prejudice, with each Party to bear its own fees and costs.

Respectfully submitted,

/s/ JT Morris_______
**JT MORRIS**
Texas State Bar No. 24094444
**JT Morris Law, PLLC**
1105 Nueces St., Suite B
Austin, Texas 78132
Telephone: (512) 717-5275
Fax: (512) 582-2948

E-mail: jt@jtmorrislaw.com

David D. Davis
Texas State Bar No. 00790568
Law Offices of David D. Davis, PLLC
P.O. Box 542915
Grand Prairie, Texas 75204
Telephone: (972) 639-3440
Fax: (972) 639-3640
ddd@dddavislaw.net

**ATTORNEYS FOR PLAINTIFF DEANNA J. ROBINSON**

/s/ Francisco J. Valenzuela
**THOMAS P. BRANDT**
State Bar No. 02883500
tbrandt@fhmbk.com
**FRANCISCO J. VALENZUELA**
State Bar No. 24056464
fvalenzuela@fhmbk.com
**FANNING HARPER MARTINSON BRANDT & KUTCHIN, P.C.**
Two Energy Square
4849 Greenville Ave. Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT HUNT COUNTY, TEXAS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served in compliance with Rule 5 of the Federal Rules of Civil Procedure, on the 17th day of December, 2019.

/s/ Francisco J. Valenzuela
**FRANCISCO J. VALENZUELA**